1  STEVEN G. KALAR
   Federal Public Defender
2  JODI LINKER
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA 94102
4  Telephone: (415) 436-7700
   Telefacsimile: (415) 436-7706
5
   Counsel for Defendant
6

FILED
JAN 30 2013
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                     SAN FRANCISCO DIVISION

10

11  UNITED STATES OF AMERICA,           )   No. CR- 13-039 RS
                                        )
12                  Plaintiff,          )   DEFENDANT'S ASSERTION OF FIFTH
                                        )   AND SIXTH AMENDMENT RIGHTS
13  v.                                  )
                                        )
14  Jose Lopez                          )
                                        )
15                  Defendant.          )
                                        )
16

17      I, the above-named defendant, hereby assert my Fifth and Sixth Amendment rights to

18  remain silent and to have counsel present at any and all of my interactions with the government

19  or others acting on the government's behalf. I do not wish to, and will not, waive any or my

20  constitutional rights except in the presence of counsel. I do not want the government or others

21  acting on the government's behalf to question me, or to contact me seeking my waiver of any

22  rights, unless my counsel is present.

23  _____
24  (Defendant's signature)

25  JODI LINKER
    _____
    (Attorney's name printed)
26
    _____
27  (Attorney's signature)

28  Date: 1/30/13                          Time: 9:10         am/pm