FILED

JAN 30 2013

RICHARD W. WIEKING
CLERK, U.S. ... COURT
NORTHERN DIST... ... CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 13-0039 RS (LB) |
| Plaintiff, ) | **RELEASE ORDER** |
| vs. ) | |
| JOSE LOPEZ, ) | |
| Defendant. ) | |

Defendant, Jose Lopez is released from USMS custody forthwith.

Date: January 30, 2013

LAUREL BEELER
United States Magistrate Judge