1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   MIRANDA KANE (CABN 150630)
3  Chief, Criminal Division

4  CYNTHIA M. FREY (DCBN 475889)
   Assistant United States Attorney
5     450 Golden Gate Ave., Box 36055
      San Francisco, California 94102
6     Telephone: (415) 436-7200
      Fax: (415) 436-7234
7     E-Mail: cynthia.frey@usdoj.gov

8  Attorneys for United States of America

9                     UNITED STATES DISTRICT COURT
10
                      NORTHERN DISTRICT OF CALIFORNIA
11
                           SAN FRANCISCO DIVISION
12
   UNITED STATES OF AMERICA,       )   No. CR 13-0039 RS
13                                 )
                                   )
14     v.                          )   NOTICE OF DISMISSAL
                                   )
15 JOSE LOPEZ,                     )
                                   )
16     Defendant.                  )
                                   )
17 _____)

18
        With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the
19
   United States Attorney for the Northern District of California dismisses the above Indictment
20
   without prejudice and moves that the Court quash the arrest warrant issued in connection with
21
   the Indictment in this case.
22
   DATED: January 31, 13                   Respectfully submitted,
23
                                           MELINDA HAAG
24                                         United States Attorney
25
26                                         MIRANDA KANE
                                           Chief, Criminal Division
27
28

NOTICE OF DISMISSAL (CR 13-0039 RS)

FILED
2013 JAN 31 P 3 16
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

1 | Leave is granted to the government to dismiss the Indictment. It is further ordered that
2 | the arrest warrant issued in connection with the Indictment is quashed.

Date: 1/31/13

RICHARD SEEBORG
United States District Court Judge

2